UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN GARZA,<br><br>　　　　Respondent. | No. 1:18-cv-00096-DAD-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 23, 24) |

Petitioner Mark Anthony is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2018, the assigned magistrate judge issued findings and recommendations recommending dismissal of the petition due to petitioner's failure to exhaust his claims by first presenting them to the highest state court. (Doc. No. 17.) Petitioner filed objections to the findings and recommendations on March 22, 2018. (Doc. No. 18.) Therein, petitioner acknowledged that he had not exhausted his claims in state court and requested that this court hold his case in abeyance until he had done so. (*Id.*) On March 27, 2018, the assigned magistrate judge issued findings and recommendations recommending that petitioner's request to stay the petition and hold it in abeyance be denied. (Doc. No. 19.) The undersigned adopted those

/////

findings and recommendations and dismissed this habeas action due to petitioner's failure to exhaust his claims without prejudice on July 18, 2018. (Doc. No. 21.)

On November 24, 2020, petitioner filed a motion to continue his habeas petition. (Doc. No. 23.) On December 14, 2020, the magistrate judge issued findings and recommendations construing petitioner's filing as a motion for relief from judgment under Federal Rule of Civil Procedure 60(b) and recommending that petitioner's motion be denied. (Doc. No. 24.) Those findings and recommendation were served upon all parties and contained notice that any objections were to be filed within fourteen (14) days from the date of service of that order. (*Id*. at 3.) No objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendation are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on December 14, 2020 (Doc. No. 24) are adopted in full;
2. Petitioner Mark Anthony's November 24, 2020 filing, construed as a motion for reconsideration (Doc. No. 23), is denied; and
3. This action shall remain closed.

IT IS SO ORDERED.

Dated: **June 2, 2021**

UNITED STATES DISTRICT JUDGE

2